UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON PARNELL STONE, | No. 2:16-cv-1242 KJN P |
| Petitioner, | |
| v. | ORDER TO SHOW CAUSE |
| WARDEN K. NASH, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding without counsel. He consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By an order filed June 10, 2016, petitioner was ordered to file an in forma pauperis affidavit or to pay the appropriate filing fee, within thirty days, or his application would be dismissed. The thirty day period has now expired, and petitioner has not responded to the court's order, has not filed an in forma pauperis affidavit, and has not paid the appropriate filing fee. Accordingly, IT IS HEREBY ORDERED that petitioner show cause, within fourteen days, why this action should not be dismissed without prejudice. Failure to respond to this order and to comply with the June 10, 2016 order will result in the dismissal of this action.

Dated: July 19, 2016

ston1242..fpf.osc

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1